**Nicholas J. Henderson**, OSB No. 074027
Email: nhenderson@portlaw.com
Motschenbacher & Blattner LLP
117 SW Taylor Street, Suite 300
Portland, Oregon 97204-3029
Telephone: (503) 417-0508
Facsimile: (503) 417-0528

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **ELIXIR THERAPEUTICS, LLC**, a Wyoming limited liability company,<br><br>Plaintiff, Counterclaim-Defendant,<br><br>vs.<br><br>**GLOBAL INNOVATIVE CONCEPTS, LLC**, an Alabama limited liability company,<br><br>Defendant, Counterclaim-Plaintiff. | Case No. 3:20-cv-2055-YY<br><br>**PLAINTIFF'S MOTION FOR EXTENSION OF CASE DEADLINES** |

## LR 7-1 CERTIFICATION

In compliance with Local Rule 7-1, the Plaintiff certifies that its counsel has conferred with Defendant's counsel on the relief requested herein and Defendant objects to the continuance.

## MOTION

Pursuant to LR 16-3, the Plaintiff moves (1) for an extension of the current case deadlines set forth in the October 13, 2021, Scheduling Order Granting the Joint Motion for Extension of Discovery and Case Deadlines (ECF 28, 31). This Motion is supported by the Declaration of Martin Hudler, filed herewith.

Since the Court granted the last extension, Defendant has not been able to compile documents for production or prepare for deposition. Defendant's inability to advance the case recently has not been to delay resolution of the case. Instead, the recently difficulty is the result

Page 1
{00488953:2}
PLAINTIFF'S MOTION FOR EXTENSION OF CASE DEADLINES

Motschenbacher & Blattner LLP
117 SW Taylor Street Suite 300
Portland, OR 97204
(503) 417-0500

of an unexpected family medical emergency. Specifically, Defendant's principal—Martin Hudler—was required to take his adult son to the emergency room at St. Charles Hospital in Bend, Oregon. Mr. Hudler's son was admitted to intensive care for an unknown infection, and has had to undergo multiple surgeries since being admitted. Mr. Hudler's son's condition has stabilized, but he still remains in intensive care as of the filing of this Motion. Mr. Hudler has been consumed with this crisis, and, as a result, he has been unable to finish compiling materials for discovery, or deliver those same materials to counsel. Mr. Hudler has also been unable to focus on the litigation or meet with counsel to prepare for deposition. Mr. Hudler's frame of mind is such that it would be unreasonable for him to sit for a deposition on December 16, 2021. Plaintiff respectfully requests the current deadlines be continued for 30 days, to provide sufficient time for the situation with Mr. Hudler's son to stabilize, and for Mr. Hudler to return to the office to finish compiling and production requested documents.

The new deadlines requested are reflected in the table below:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Expert Disclosures/Reports | December 15, 2021 | January 14, 2022 |
| Expert Rebuttal Reports | December 28, 2021 | January 27, 2022 |
| Dispositive Motion Deadline | January 18, 2022 | February 17, 2022 |
| Witness Lists and Exhibits Lists exchanged by | May 17, 2022 | June 26, 2022 |
| Cross-Motions in Limine | May 24, 2022 | June 23, 2022 |
| Responses to Motion in Limine | May 31, 2022 | June 30, 2022 |
| Pretrial Conference | June 17, 2022, at 9:00 a.m. | July 17, 2022 |
| 3-Day Bench Trial | June 20, 2022 at 9:00 a.m. | July 20, 2022 |

Plaintiff states that, based on the above-described issues, good cause exists to extend the current deadlines to the extent requested.

## CONCLUSION

The Court should grant the Plaintiff's request extending the Scheduling Order deadlines as set forth above.

Dated: December 8, 2021.

                Respectfully submitted,

                MOTSCHENBACHER & BLATTNER LLP

                /s/ Nicholas J. Henderson
                Nicholas J. Henderson, OSB No. 074027
                Email: nhenderson@portlaw.com
                (503) 417-0508 Direct
                (503) 417-0528 Facsimile
                *Attorney for Plaintiff*

Page 3
{00488953:2}

PLAINTIFF'S MOTION FOR EXTENSION OF CASE DEADLINES

Motschenbacher & Blattner LLP
117 SW Taylor Street Suite 300
Portland, OR 97204
(503) 417-0500

## CERTIFICATE OF SERVICE

I certify that I served the foregoing **PLAINTIFF'S MOTION FOR EXTENSION OF CASE DEADLINE** on the following attorneys by the method indicated below on the 8th day of December, 2021.

| | |
|---|---|
| Anne M. Talcott<br>Johnathan Andrew Stamm<br>Schwabe, Williamson & Wyatt<br>1211 SW Fifth Avenue, Suite 1900<br>Portland, OR 97204<br>Email: atalcott@schwabe.com<br>Email: jstamm@schwabe.com<br>*Attorneys for Defendant* | ✓ Via First Class Mail<br>___ Via Federal Express<br>___ Via Facsimile<br>___ Via Hand-Delivery<br>✓ Via E-Mail<br>___ Via USDC (District of Oregon) ECF filing service |

MOTSCHENBACHER & BLATTNER LLP

/s/ Nicholas J. Henderson
Nicholas J. Henderson, OSB No. 074027
Email: nhenderson@portlaw.com
117 SW Taylor Street, Suite 300
Portland, OR 97204
Telephone: (503) 417-0500
Facsimile: (503) 417-0501

Page 4
{00488953:2}
CERTIFICATE OF SERVICE
Motschenbacher & Blattner LLP
117 SW Taylor Street Suite 300
Portland, OR 97204
(503) 417-0500